UNITED STATES BANKRUPTCY COURT
District of Maryland

In re:  Brian Jones					Case No.:

       Debtor					Chapter 7

DISCLOSURE OF COMPENSATION OF ATTORNEY
FOR DEBTOR

    1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept……………………. $ 985.00
    Prior to the filing of this statement I have received……………$ 985.00
    Balance Due…………………………………………………….$   -0-

    2. The source of the compensation paid or to be paid to me was\is:  Debtor.

    3. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      (a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      (b) Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      (c) Representation of the debtor at the meeting of creditors.

    5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
      (a) Representation of the Debtor in adversary proceedings, US Trustee Audits and other contested matters.

    6. By agreement with the debtor(s) an additional fee will be charged if:

      (a) Debtor(s) fail to attend the meeting of creditors and an additional meeting is required.
      (b) A motion to lift stay or motion to dismiss is filed and a response is required.
      (c) Amendments are required due to debtor(s) failure to disclose information to attorney.

    7. A copy of the Exclusion of Adversary Proceedings and US Trustee Audits is attached hereto.

Date:  __1/27/2020____			__/s/ David M Grossman_____
					David M. Grossman, 07461

## EXCLUSION OF ADVERSARY PROCEEDING & US TRUSTEE AUDITS
## PURSUANT TO LOCAL RULE 9010-5

Debtor, **Brian Jones** acknowledges that David M. Grossman's representation DOES NOT include adversary proceedings and US Trustee Audits.

I have read this statement and understand it completely.

DATE: _____1/27/2020_____     ___/s/ Brian Jones_____
                                                        **Brian Jones**